Appellant; VLADIMIR A. MILLER, Claimant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

TOSTI CONSTRUCTION Co., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM ADAMS DELANO and CHESTER HOLMES ALDRICH, Copartners, etc., Appellants, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent, Impleaded with Others.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of WILAKA CONSTRUCTION Co., INC., Petitioner, Appellant, under a Contract between It and the BOARD OF EDUCATION OF THE CITY OF NEW YORK, for the Erection of School Buildings and Play Fields to Be Known as FRANKLIN K. LANE HIGH SCHOOL, etc. OFFENBERG BRICK CORPORATION and Another, as Subcontractors, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [166 Misc. 185.]

HAMERSHLAG & POTASH, INC., Respondent, v. FIRST AMERICAN FIRE INSURANCE COMPANY OF NEW YORK and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEWIS F. GLASER, Appellant, v. IRVING BRAND and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEWIS F. GLASER, Appellant, v. IRVING BRAND and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE WILLIAM F. WHOLEY Co., INC., and WHOLEY OFFICE EQUIPMENT Co., INC., Respondents, v. JOSEPH E. LAUZON and Another, Appellants.— Order entered October 14, 1937, so far as appealed from, unanimously modified by including in the order for examination items 1, 2 and 7 of the notice of motion, and as so modified affirmed, without costs. Order denying defendants' motion for a bill of particulars unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JAMES M. KENNELLY, Respondent, for an Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH LUBKIN, on Behalf of Himself and Any and All Creditors of Defendant, MILLNER & SON, INC., Who May Join in and Contribute to the Expenses of This Action, Respondent, v. DAVID S. STERN and Others, Appellants.— Orders unani-